THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT E. LEE, an individual, and R.E. LEE INTERNATIONAL, LLC, a Washington limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> MOHAMMAD F. A. ABDEL-HAQ, an individual; FORTUNE NEST CORPORATION, a Cayman Islands corporation; FORTUNE NEST CORPORATION, an inactive Nevada corporation; and FORTUNE NEST, LTD., a British Virgin Islands limited company, <br><br> Defendants. | No. C11-2021RSL <br><br> **ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |

On February 19, 2013, defendants Mohammad Abdel-Haq, Fortune Nest, Ltd., and Fortune Nest Corporation filed a Motion for Extension of Time to File Answer (Dkt. #85). Specifically, defendants request a 21-day extension of time, until March 25, 2013, in which to respond to plaintiffs' complaint. Plaintiffs did not oppose the motion and subsequently filed a motion for leave to file a second amended complaint (Dkt. #87).

The Court finds that an extension of time to respond is appropriate. Defendants shall have fourteen days after service of the amended pleading or denial of the motion to amend in which to make a response.

ORDER GRANTING DEFENDANTS' MOTION
FOR EXTENSION OF TIME TO FILE ANSWER   1

1
2    Dated this 7th day of March, 2013.
3
4                                    _____
                                     Robert S. Lasnik
5                                    United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING DEFENDANTS' MOTION
FOR EXTENSION OF TIME TO FILE ANSWER   2