THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT E. LEE, an individual; and R.E. LEE INTERNATIONAL, LLC, a Washington limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MOHAMMAD F. A. ABDEL-HAQ, an individual; BANA M. ABDEL-HAQ, an individual; FORTUNE NEST CORPORATION, a Cayman Islands corporation; FORTUNE NEST CORPORATION, an inactive Nevada corporation; FORTUNE NEST CORPORATION, a Nevada corporation; and FORTUNE NEST, LTD., a British Virgin Islands corporation,<br><br>　　　　　Defendants. | No. 11-cv-02021-RSL<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

THIS MATTER came before the Court on "Plaintiffs' Motion for Judgment by Default" (Dkt. # 113) against defendants Mohammad F. A. Abdel-Haq, Bana M. Abdel-Haq, Fortune Nest Corporation ( a Nevada corporation), and Fortune Nest Limited (the "Defaulted Defendants").[1] The Court has reviewed the memoranda, declarations, and exhibits submitted by the parties and finds as follows:

---

[1] Plaintiffs have voluntarily dismissed their claims against defendant Fortune Nest Corporation, an inactive Nevada corporation. Dkt. # 123. The Court has declined to enter default against Fortune Nest Corporation, a Cayman Islands corporation, and stayed the litigation as to that defendant. Dkt. # 122.

ORDER GRANTING PLAINTIFFS' MOTION
 FOR DEFAULT JUDGMENT (11-cv-02021-RSL) - 1

1. The deadline has passed for the Defaulted Defendants to answer plaintiffs' claims or to otherwise contest the substance of plaintiffs' allegations;

2. An Order of Default has been entered by the Clerk of this Court against each of the Defaulted Defendants;

3. The Court has personal and subject matter jurisdiction over this matter;

4. None of the Defaulted Defendants is a minor, incompetent, or in military service; and

5. Plaintiffs have provided evidence in support of their demand for monetary damages; and

6. Plaintiffs have not, however, established a contractual or statutory right to attorneys fees or the unspecified and undefined equitable relief requested.

Based on the above findings, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Plaintiffs' motion for default judgment against defendants Mohammad F. A. Abdel-Haq, Bana M. Abdel-Haq, Fortune Nest Corporation (a Nevada corporation), and Fortune Nest Limited is GRANTED.

2. The Clerk of Court is directed to enter judgment against the Defaulted Defendants and in favor of Plaintiffs as follows:

    A. Against defendant Mohammad F. A. Abdel-Haq for $15,359,930 in actual damages;

    B. Against defendant Fortune Nest Limited for $14,809,930 in actual damages; and

    C. Against defendants Bana M. Abdel-Haq and Fortune Nest Corporation( a Nevada corporation) jointly and severally, for $4,809,930 in actual damages.

Pursuant to 28 U.S.C. § 1961, interest will accrue from the date of the entry of the judgment at a rate equal to the weekly average 1-year constant maturity Treasury yield,

1 | as published by the Board of Governors of the Federal Reserve System, for the calendar
2 | week preceding the entry of the judgment, computed daily to the date of payment.
3 |
4 | IT IS SO ORDERED.
5 |
6 | Dated this 15th day of November, 2013.
7 |
*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION
FOR DEFAULT JUDGMENT (11-cv-02021-RSL) - 3