# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT E. LEE, *et al.,*

      v.

MOHAMMAD F.A. ABDEL-HAQ, *et al.*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-2021RSL

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered against defendant Mohammad F.A. Abdel-Haq for $15,359,930 in actual damages; against defendant Fortune Nest Limited for $14,809,930 in actual damages; and against defendants Bana M. Abdel-Haq for Fortune Nest Corporation (a Nevada corporation) jointly and severally, for $4,809,930 in actual damages. Pursuant to 28 U.S.C. § 1961, interest will accrue from the date of the entry of the judgment at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week proceeding the entry of judgment, computed to the date of payment.

| | |
|---|---|
| November 18, 2013 | William M. McCool |
| | Clerk |
| | |
| | /s/Rhonda Stiles |
| | By, Deputy Clerk |